FILE COPY



**CAUSE NO. 12-14-00345-CR**

**IN THE COURT OF APPEALS**

**TWELFTH COURT OF APPEALS DISTRICT**

**TYLER, TEXAS**

| | | |
|---|---|---|
| **REBECCA LYNN BARKER,** **APPELLANT** | } | **APPEALED FROM 2ND DISTRICT COURT** |
| **V.** | } | **IN AND FOR** |
| **THE STATE OF TEXAS,** **APPELLEE** | } | **CHEROKEE COUNTY, TEXAS** |

---

**ORDER**

Appellant is represented by Mr. Sten M. Langsjoen, appointed counsel. On May 22, 2015, the time to file appellant's brief expired without a brief or a motion for extension of time. TEX. R. APP. P. 38.6(a). Pursuant to TEX. R. APP. P. 38.8(b), counsel was notified on May 27, 2015, that his brief was past due and was given until June 8, 2015, to file a brief or otherwise explain the delay. No satisfactory response has been received.

Pursuant to TEX. R. APP. P. 38.8(b)(3), it is **ORDERED** that Honorable Bascom W. Bentley III, Judge of the 2nd District Court of Cherokee County, Texas, shall immediately conduct a hearing to determine (1) whether the appellant still desires to prosecute his appeal; (2) whether the appellant is indigent and either needs counsel appointed, or appellant's counsel has abandoned the appeal; or (3) if the appellant is not indigent, whether a brief has not been completed because retained counsel has either abandoned the appeal or because appellant has failed to make necessary arrangements for filing a brief; and (4) when appellant's counsel anticipates that the appellant's brief, if a brief is to be filed, will be completed.

It is **FURTHER ORDERED** that the judge shall (1) make appropriate findings as to the above set forth issues and (2) cause a record of the proceedings to be prepared.

FILE COPY

It is **ADDITIONALLY ORDERED** that once findings are made as to the above set forth issues, if appellant is indigent, the judge shall (1) take such measures as may be necessary to assure appellant's effective representation, which may include the appointment of new counsel and (2) make recommendations to this Court regarding a proper filing date for the appellant's brief.

It is **FINALLY ORDERED** that the **supplemental clerk's record (including any orders and findings)** and the reporter's record of said hearing be filed with the Clerk of this Court on or before **July 10, 2015**.

WITNESS the Honorable James T. Worthen, Chief Justice, Court of Appeals, 12th Court of Appeals District, Tyler, Texas.

GIVEN UNDER MY HAND AND SEAL OF OFFICE at Tyler, Texas this the 10th day of June 2015, A.D.



Respectfully yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk